IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



FILED
JAN 1 6 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

SPENCER D. TAYLOR

Case No. 2:19mj38
Court Date: January 23, 2019

### CRIMINAL INFORMATION

(Misdemeanor)-Violation No. 7582026

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 31, 2018, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, SPENCER D. TAYLOR, did drive a motor vehicle on a highway recklessly or at a speed or in a manner so as to endanger the life, limb, or property of other persons.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-852).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
James T. Cole
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
James T. Cole
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

14 January 2019
Date